HOUSING AUTHORITY OF THE CITY OF RALEIGH v. RITA TRUESDALE

No. 7810DC564

(Filed 3 July 1979)

**Ejectment § 3— failure to make rent payments on time**

 The trial court properly allowed plaintiff's motion for summary judgment in an action for summary ejectment for failure to make rental payments on time.

APPEAL by defendant from *Winborne, Judge.* Judgment entered 21 February 1978 in District Court, WAKE County. Heard in the Court of Appeals 8 March 1979.

This appeal was dismissed 20 March 1979 with opinion reported in 40 N.C. App. 425, 253 S.E. 2d 47 (1979). The Supreme Court 12 June 1979 ordered the appeal reinstated. Pursuant to that order, the appeal is reinstated.

This is a civil action wherein plaintiff seeks summary ejectment against defendant for failure to make rental payments on time. Defendant answered and, after discovery, moved for summary judgment. Plaintiff made cross motion for summary judgment. The trial court entered judgment for plaintiff.

*Allen, Steed and Allen, by Noah H. Huffstetler III, for plaintiff appellee.*

*Wake County Legal Aid Society, by G. Nicholas Garin and Gregory C. Malhoit, for defendant appellant.*

MARTIN (Harry C.), Judge.

We have again carefully reviewed the record on appeal. No genuine issue as to any material fact is presented on plaintiff's motion for summary judgment. *Kessing v. Mortgage Corp.*, 278 N.C. 523, 180 S.E. 2d 823 (1971).

We hold the trial court properly allowed plaintiff's motion for summary judgment.

Affirmed.

Judges VAUGHN and ERWIN concur.